**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| JERRY ELLIOTT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO.  2:20-CV-00367-RWS |
| v. | § | |
| | § | |
| TURNER INDUSTRIES GROUP, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pursuant to the Court's order adopting the Report and Recommendation of the United States Magistrate Judge (Docket No. 19) and granting Defendant's Motion to Dismiss with Prejudice for Failure to Prosecute (Docket No. 11), the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-titled cause of action is hereby **DISMISSED WITH PREJUDICE**.  All pending motions are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the case.

It is so **ORDERED**.

**SIGNED this 2nd day of December, 2022.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE